IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MEMPHIS

FILED BY _____ D.C.

05 MAY -3 PH 4: 54

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

VINCENT LEFFLER and JANIS
LEFFLER, Individually, and as
next friend of MADISON LEFFLER,

    Plaintiffs,

v.

NO.: 04-2141-BV

MEMPHIS CITY SCHOOL BOARD
OF EDUCATION,

    Defendant.

## ORDER MODIFYING SCHEDULING ORDER

Upon the Motion to Extend the Dispositive Motion Deadline filed by the Board of Education of the Memphis City Schools, and for good cause shown, the scheduling order in this cause is hereby modified as follows:

Dispositive Motions: **May 6, 2005.**

Response to Dispositive Motions: **June 6, 2005.**

The Court will send notices of any new dates for this cause, if needed.

IT IS SO ORDERED.

_Diane K. Vescovo_
Hon. Diane K. Vescovo
United States Magistrate Judge

DATE: May 3, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02141 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT