IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VINCENT LEFFLER and JANIS
LEFFLER, Individually, and as next
friend of MADISON LEFFLER,

    Plaintiffs,

v.                        No. 04-2141

MEMPHIS CITY SCHOOL BOARD
OF EDUCATION,

    Defendant.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

Before the Court is the May 6, 2005 motion for summary judgment by the Defendant, Memphis City School Board of Education, against the Plaintiffs. According to the Court's docket, no response has been filed on behalf of the Plaintiffs, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiffs are hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiffs to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiffs' claims.

IT IS SO ORDERED this 13th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02141 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT