IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MEMPHIS

FILED BY _____ D.C.

05 JUL 13 PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VINCENT LEFFLER and JANIS
LEFFLER, Individually, and as
next friend of MADISON LEFFLER,

        Plaintiffs,

v.

MEMPHIS CITY SCHOOL BOARD
OF EDUCATION,

        Defendant.

NO.:  04-2141-BV

## CONENT ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SUMMARY JUDEMENT

Upon consent of the parties, after good cause shown, it is hereby ordered that the Plaintiff is hereby granted an extension to respond to the Defendant's Motion for Summary Judgment until July 20, 2005. The other dates previously set by this Court pertaining pretrial order, pretrial conference, and trial are to remain the same, subject to further order of this Court.

IT IS SO ORDERED.

_____
Hon. J. Daniel Breen

DATE: July 13, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-13-05

1

**APPROVED FOR ENTRY:**

Michael R. Marshall,   # 15225
Evans Petree, P.C.
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120
901-525-6781

*Counsel for Defendants*

Stephen R. Leffler
707 Adams, Avenue
Memphis, Tennessee 38105

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02141 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT