UNITED STATES DISTRICT COURT

FILED BY____|__/____D.C.

WESTERN DISTRICT OF TENNESSEE 05 AUG 25 AM II: 3⁴

WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| VINCENT LEFFLER and JANIS LEFFLER,<br>Individually, and as next friend of<br>MADISON LEFFLER, | JUDGMENT IN A CIVIL CASE |
| **Plaintiffs,** | |
| v. | 04-2141-B |
| MEMPHIS CITY SCHOOL BOARD<br>OF EDUCATION, | CASE NO: 2:~~05-2299~~-B |
| **Defendant** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on August 22, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/23/05
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

Earline Drayer
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-26-05_

22

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02141 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT